**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6770**

———————

STEVE LESTER,

        Plaintiff - Appellant,

    v.

IN EMPLOYEE LT CHURCH; IN EMPLOYEE DHO TUNER, a/k/a Truner,

        Defendants – Appellees,

    and

PERRY CORRECTIONAL INSTITUTION,

        Defendant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence. Timothy M. Cain, District Judge. (4:11-cv-02994-TMC)

———————

Submitted: September 24, 2013    Decided: September 27, 2013

———————

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Steve Lester, Appellant Pro Se. James Victor McDade, DOYLE, O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve Lester appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lester v. In Employee LT Church</u>, No. 4:11-cv-02994-TMC (D.S.C. Apr. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>